■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES ANTONUCCI, Appellant.—Appeal by the defendant, as

limited by his motion, from a sentence of the County Court, Suffolk County (Sherman, J.), imposed December 1, 1986.

Ordered that the sentence is modified, as a matter of discretion in the interest of justice, by reducing the sentence from a term of imprisonment of 6⅓ to 19 years to a term of imprisonment of 4 to 12 years.

The sentence was excessive to the extent indicated herein. Mollen, P. J., Mangano, Thompson and Lawrence, JJ., concur.